**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ESME A. RAMIREZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:18-cv-00553** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

**DEFENDANT LIBERTY LIFE ASSURANCE**
**COMPANY OF BOSTON'S DISCLOSURE STATEMENT**

Defendant Liberty Life Assurance Company of Boston files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and show the Court as follows:

1. **Liberty Life Assurance Company of Boston** is a wholly owned subsidiary of **The Lincoln National Life Insurance Company**, an Indiana insurance company.

2. The Lincoln National Life Insurance Company is a wholly owned subsidiary of Lincoln National Corporation, a publicly held corporation.

Dated: August 6, 2018.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

**BY:** /s/ Iwana Rademaekers
Iwana Rademaekers, Attorney in Charge
State Bar of Texas No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jeffrey E. Dahl, Esq.
Email: jdahl@erisaattorneyintexas.com

August 6, 2018 — Date

/s/ Iwana Rademaekers — Iwana Rademaekers