IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| ESME A. RAMIREZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. SA-18-CA-553-FB |
| | § | |
| LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, | § | |
| | § | |
| | § | |
| Defendant. | § | |

**ADVISORY TO THE CLERK BY DEFENDANT(S)**

In accordance with the Court's previous order requiring the submission of a notice regarding the election of proceeding before a United States Magistrate Judge;

Please be advised that the below named defendant(s) elect(s) **NOT** to conduct the trial in this case before a United States Magistrate Judge:

| | |
|---|---|
| Liberty Life Assurance Company of Boston<br>Defendant | By: /s/ Iwana Rademaekers<br>Attorney |
| ______________________________<br>Defendant | By:______________________________<br>Attorney |
| ______________________________<br>Defendant | By:______________________________<br>Attorney |
| ______________________________<br>Defendant | By:______________________________<br>Attorney |