**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **ESME A. RAMIREZ,** | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 5:18-cv-00553** |
| **LIBERTY LIFE ASSURANCE** | § | |
| **COMPANY OF BOSTON,** | § | |
| **Defendant.** | § | |

## JOINT NOTICE OF SETTLEMENT

Plaintiff Esme A. Ramirez (hereinafter "Plaintiff") and Defendant Liberty Life Assurance Company of Boston (hereinafter "Defendant"), hereby give notice that this case has settled. The parties will, as soon as possible, file a Stipulation of Dismissal with the Court to dismiss this case with prejudice.

Dated this 7th day of December 2018.

Respectfully submitted,

**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
14785 Preston Road, Suite 550
Dallas, Texas 75254
Main: (214) 579-9319
Fax: (469) 444-6456

**BY:** /s/ Iwana Rademaekers
Iwana Rademaekers, Esq.
State Bar of Texas No. 16452560
Email: iwana@rademaekerslaw.com

**ATTORNEYS FOR DEFENDANT**

- And -

**LAW OFFICE OF JEFFREY DAHL**
The Travis Building
405 N. St. Mary's Street, Suite 242
San Antonio, TX 78205
PH: (210) 527-0900
FX: (210) 527-0901

**BY:** /s/ Jeffrey E. Dahl (by permission)
Jeffrey E. Dahl
State Bar No. 05310900
jdahl@erisaattorneyintexas.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was electronically filed with the clerk for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

Jeffrey E. Dahl, Esq.
EM: jdahl@hldlaw.com

December 7, 3018 — Date

/s/ Iwana Rademaekers
Iwana Rademaekers